```
                                              FILED
                                          U.S. DISTRICT COURT
                                       EASTERN DISTRICT ARKANSAS

       IN THE UNITED STATES DISTRICT COURT      FEB 02 1999
            EASTERN DISTRICT OF ARKANSAS
                JONESBORO DIVISION            JAMES W. McCORMACK, CLERK
                                              BY_____
BOBBY R. DARRIS AND JACQUELYN DARRIS                       DEP CLERK
                                                    PLAINTIFFS

                    No. J-C-99-40

CREDIT BUREAU OF JONESBORO, INC. and
RUSTY GUINN                                          DEFENDANT
```

### REQUEST FOR ADMISSIONS

Pursuant to Rule 36 of The Federal Rules of Civil Procedure and Local Rule 33.1, Plaintiffs requests Defendant to admit or deny the truth of the following:

1. Plaintiffs are natural persons and proper party Plaintiffs as defined at 15 U.S.C. § 1692a(3) and 15 U.S.C. § 1692k.

2. The account referred to in Plaintiffs' complaint is a "debt" as defined at 15 U.S.C. § 1692a(5).

3. Defendant is a "debt collector" as defined at 15 U.S.C. § 1692a(6).

4. Defendant mailed or caused to be mailed a letter dated February 10th, 1998 to Plaintiffs home address as exemplified by Exhibit A to Plaintiff's Complaint.

5. Defendant's letter attached to the Plaintiff's Complaint at Exhibit A, does not contain the disclosure required by 15 U.S.C. § 1692e(11): "...that the communication is from a debt collector."

6. Defendant's notice exemplified as Exhibit A to


#2

Plaintiff's Complaint was not actually signed by Chris Jester, Attorney at Law.

7. Defendant's notice exemplified as Exhibit A to Plaintiff's Complaint was stamped with a replica of Chris Jester's signature by Defendant's employee.

8. Defendant's notice exemplified as Exhibit A to Plaintiff's Complaint refers to a street address which is the street address for Credit Bureau of Jonesboro, Inc.

9. Defendant's notice exemplified as Exhibit A to Plaintiff's Complaint refers to a phone number which is the phone number for Credit Bureau of Jonesboro, Inc.

10. Defendant provided no information to Chris Jester pertaining to St. Bernards account with Bobby Ray Darris, Jr. prior to the date of Defendant's notice exemplified as Exhibit A to Plaintiff's Complaint.

11. On February 10th, 1998 Defendant had not formed the intent to authorize Chris Jester to take legal action against Bobby Ray Darris, Jr.

12. Defendant does not maintain procedures reasonably adapted to insure Defendant's compliance with the Fair Debt Collection Practices Act.

13. Defendant is not licensed to practice law in the State of Arkansas.

14. Plaintiffs suffered severe emotional distress, mental distress, intimidation and pain and suffering as a result of Defendant's violation of the Fair Debt Collection Practices Act.

Dated this 2ND day of ~~January~~ February, 1999.

>RESPECTFULLY SUBMITTED,
>
>GOODWIN, MOORE, COLBERT & BROADAWAY
>P.O. Box 726
>Paragould, Arkansas 72451-0726
>Telephone: (501) 239-2225
>
>By: _____
>    Brad Broadaway, Bar No. 88073
>
>    and
>
>By: _____
>    Angela B. Gray, Bar No. 95225

3