

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BOBBY R. DARRIS AND JACQUELYN DARRIS                PLAINTIFFS

V.                                      No. J-C-99-40

CREDIT BUREAU OF JONESBORO, INC. and
RUSTY GUINN                                         DEFENDANTS

### DEFENDANTS' RESPONSE TO REQUEST FOR ADMISSIONS

REQUEST FOR ADMISSIONS NO. 1:    Plaintiffs are natural persons and proper party plaintiffs as defined at 15 U.S.C. §1692a(3) and 15 U.S.C. §1692k.

RESPONSE NO. 1:    Defendants admit that plaintiffs are natural persons, but deny they are proper party plaintiffs since there has been no violation of the Fair Debt Collection Practices Act.

REQUEST FOR ADMISSIONS NO. 2:    The account referred to in plaintiffs' complaint is a "debt" as defined at 15 U.S.C. §1692a(5).

RESPONSE NO. 2:    Denied. No extension of credit was involved with respect to the underlying obligation.

REQUEST FOR ADMISSIONS NO. 3:    Defendant is a "debt collector" as defined at 15 U.S.C. §1692a(6).

RESPONSE NO. 3:    Admitted in part, denied in part. Credit Bureau of Jonesboro, Inc. is a corporation which is regularly engaged to collect various types of debts, and Rusty Guinn is a licensed debt collector. Rusty Guinn did not attempt to collect the debt in issue in his individual capacity.

5

**REQUEST FOR ADMISSIONS NO. 4:** Defendant mailed or caused to be mailed a letter dated February 10, 1998 to plaintiffs home address as exemplified by Exhibit A to plaintiff's complaint.

**RESPONSE NO. 4:** Denied. Attorney Chris Jester signed the letter and caused it to be mailed.

**REQUEST FOR ADMISSIONS NO. 5:** Defendant's letter attached to the plaintiff's complaint as Exhibit A, does not contain the disclosure required by 15 U.S.C. §1692e(11): "...that the communication is from a debt collector."

**RESPONSE NO. 5:** Denied. The letter sent by Chris Jester was his initial communication, so the disclosure stated in 15 U.S.C. §1692e(11) was not required.

**REQUEST FOR ADMISSIONS NO. 6:** Defendant's notice exemplified as Exhibit A to plaintiff's complaint was not actually signed by Chris Jester, Attorney at Law.

**RESPONSE NO. 6:** Denied.

**REQUEST FOR ADMISSIONS NO. 7:** Defendant's notice exemplified as Exhibit A to plaintiff's complaint was stamped with a replica of Chris Jester's signature by defendant's employee.

**RESPONSE NO. 7:** Denied.

**REQUEST FOR ADMISSIONS NO. 8:** Defendant's notice exemplified as Exhibit A to plaintiff's complaint refers to a street address which is the street address for Credit Bureau of Jonesboro, Inc.

**RESPONSE NO. 8:** Defendants admit that the letter signed by Chris Jester directs payment to be sent to the address of Credit Bureau of Jonesboro, Inc.

2

**REQUEST FOR ADMISSIONS NO. 9:** Defendant's notice exemplified as Exhibit A to plaintiff's complaint refers to a phone number which is the phone number for Credit Bureau of Jonesboro, Inc.

**RESPONSE NO. 9:** Defendants admit that the letter signed by Chris Jester references the telephone number of Credit Bureau of Jonesboro, Inc.

**REQUEST FOR ADMISSIONS NO. 10:** Defendant provided no information to Chris Jester pertaining to St. Bernards account with Bobby Ray Darris, Jr. prior to the date of defendant's notice exemplified as Exhibit A to plaintiff's complaint.

**RESPONSE NO. 10:** Denied.

**REQUEST FOR ADMISSIONS NO. 11:** On February 10, 1998 defendant had not formed the intent to authorize Chris Jester to take legal action against Bobby Ray Darris, Jr.

**RESPONSE NO. 11:** Denied.

**REQUEST FOR ADMISSIONS NO. 12:** Defendant does not maintain procedures reasonably adapted to insure defendant's compliance with the Fair Debt Collection Practices Act.

**RESPONSE NO. 12:** Denied.

**REQUEST FOR ADMISSIONS NO. 13:** Defendant is not licensed to practice law in the State of Arkansas.

**RESPONSE NO. 13:** Defendants assume this request is directed to Rusty Guinn since corporations are incapable of becoming licensed attorneys. Acting on this assumption the request is admitted.

3

**REQUEST FOR ADMISSIONS NO. 14:** Plaintiffs suffered severe emotional distress, mental distress, intimidation and pain and suffering as a result of defendant's violation of the Fair Debt Collection Practices Act.

**RESPONSE NO. 14:** Denied.

Respectfully submitted,
**MIXON & PARKER, PLC**
P.O. Box 1442
Jonesboro, AR 72403
(870) 935-8600

By _____
Harry S. Hurst, Jr. (88116)
Attorneys for defendants

### Certificate of Service

Harry S. Hurst, Jr. certifies that he has served a copy of the foregoing pleading on Mr. Brad Broadaway, Attorney at Law, P.O. Box 726, Paragould, AR 72451-0726, by placing a copy in the appropriate mail drop at the Craighead County Courthouse or by placing in the U.S. mail postage prepaid, on this March 8, 1999.

_____
Harry S. Hurst, Jr.

C:\MyFiles\Deborah\H.S.H\Scottsdale Ins\Credit Bureau-Guinn\Response to Req for Admissions.wpd