IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 1 8 1999
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

BOBBY R. DARRIS and
JACQUELYN DARRIS                                                    PLAINTIFFS

VS.                                J-C-99-40

CREDIT BUREAU OF JONESBORO, INC.
and RUSTY GUINN                                                     DEFENDANTS

## ORDER

Plaintiffs bring this lawsuit under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* The lawsuit was filed February 2, 1999. On March 22, 1999, the defendants filed a motion for summary judgment. The plaintiffs oppose the motion on the ground that they have not had the opportunity to conduct adequate discovery.

Summary judgment is not appropriate at this time. The plaintiffs have not had adequate time conduct discovery so as to respond to such a motion.

Accordingly, the Motion for Summary Judgment (doc # 7) is denied without prejudice. The defendants may again move for summary judgment, if appropriate, after discovery. The defendants' Motion to Suspend Discovery (doc # 6) is denied. Plaintiffs' Motion to Continue (doc # 13) is denied as moot.

DATED this 16th day of June, 1999.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 6-18-99 BY mw

```
                                                                    tm
                 UNITED STATES DISTRICT COURT
                    Eastern District of Arkansas
                   U.S. Post Office & Court House
                     600 West Capitol, Suite 402
                    Little Rock, Arkansas 72201-3325
```

June 18, 1999

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:99-cv-00040.

True and correct copies of the attached were mailed by the clerk to the following:

Harry S. Hurst Jr., Esq.
Mixon & Parker, PLC
505 Union Street
Post Office Box 1442
Jonesboro, AR  72403-1442

Donn H. Mixon, Esq.
Mixon & Parker, PLC
505 Union Street
Post Office Box 1442
Jonesboro, AR  72403-1442

Angela Bowden Gray, Esq.
Goodwin, Moore, Colbert & Broadaway
1201 West Court Street
Post Office Box 726
Paragould, AR  72451-0726

William B. Broadaway, Esq.
Goodwin, Moore, Colbert & Broadaway
1201 West Court Street
Post Office Box 726
Paragould, AR  72451-0726

James W. McCormack, Clerk

Date: 6/18/99

BY: JMuller